United States District Court
for the
Southern District of Florida

| | |
|---|---|
| April Johnson, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 21-20920-Civ-Scola |
| | ) |
| BCA Financial Services, Inc., | ) |
| Defendant. | ) |

## Order of Dismissal

    The parties have dismissed the remaining claims in this case with prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Joint Stip. for Dismissal, ECF No. 77.) The Court reserves jurisdiction to enforce the parties' settlement agreement. The Court directs the Clerk to **close** this case. All pending motions, if any, are **denied** as moot.

    **Done and ordered** in Miami, Florida, on August 25, 2022.

_____
Robert N. Scola, Jr.
United States District Judge